1  WILLIAM L. STERN (CA BAR NO. 96105)
   WStern@mofo.com
2  CLAUDIA MARIA VETESI (CA BAR NO. 233485)
   CVetesi@mofo.com
3  DANIEL JAMES WILSON (CA BAR NO. 299239)
   DWilson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6
   KAI BARTOLOMEO (CA BAR NO. 264033)
7  KBartolomeo@mofo.com
   MORRISON & FOERSTER LLP
8  12531 High Bluff Drive
   San Diego, California  92130-2040
9  Telephone: 858.720.5100

10 Attorneys for Defendants
   UBER TECHNOLOGIES, INC., UBER USA, LLC,
11 RASIER, LLC, AND RASIER-CA, LLC

12 (*Additional counsel listed in next page*)

13                UNITED STATES DISTRICT COURT
14
                  SOUTHERN DISTRICT OF CALIFORNIA
15

| 16 DELUX CAB, LLC d/b/a NATHAN CAB, SDC DELUX CAB, and LUX CAB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER, LLC, and RASIER-CA, LLC,<br><br>Defendants. | Case No. 3:16-cv-03057-CAB-JMA<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS UBER TECHNOLOGIES, INC., UBER USA, LLC, RASIER, LLC, AND RASIER-CA, LLC TO DISMISS AND TO STRIKE CLASS AVERMENTS**<br><br>*PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT*<br><br>[Memorandum of Points and Authorities, Declaration of William L. Stern, and Request for Judicial Notice filed concurrently]<br><br>Judge:     Hon. Cathy Ann Bencivengo<br>Date:       March 3, 2017<br>Time:       N/A<br>Crtrm.:    4C<br>Trial Date:  None Set<br>Compl. Filed:    December 19, 2016 |
|---|---|

CASE NO. 16cv3057
NOTICE OF MOTION AND MOTION

sf-3735688

1  MARTIN WHITE (CA BAR NO. 253476)
2  MWhite@uber.com
   UBER TECHNOLOGIES, INC.
3  1455 Market Street
   San Francisco, California 94103
4  Telephone: 415.391.4800

5  Attorneys for Defendants
   UBER TECHNOLOGIES, INC., UBER USA, LLC,
6  RASIER, LLC, AND RASIER-CA, LLC

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

|   |   |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION** |
| 2 | **TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:** |
| 3 | **PLEASE TAKE NOTICE THAT** on March 3, 2017 or as soon thereafter as |
| 4 | the matter may be heard, in the United States District Court, Southern District of |
| 5 | California, located at 221 West Broadway, San Diego, California, 92101, before the |
| 6 | Honorable Cathy Ann Bencivengo, Defendants Uber Technologies, Inc., Uber |
| 7 | USA, LLC, Rasier, LLC, and Rasier-CA, LLC, will, and hereby do move, to |
| 8 | dismiss the Complaint of Plaintiff Delux Cab, LLC d/b/a Nathan Cab, SDC Delux |
| 9 | Cab, and Lux Cab ("Plaintiff") pursuant to (i) Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. |
| 10 | P. 8, and Fed. R. Civ. P. 9(b) for failure to state a claim upon which relief can be |
| 11 | granted, and (ii) Fed. R. Civ. P. 12(b)(1) for lack of standing. |
| 12 | In addition, pursuant to Fed. R. Civ. P. 12(f), Defendants will ask the Court |
| 13 | to strike as "immaterial" all averments regarding Plaintiff's class claims.  (*See* |
| 14 | Compl. ¶¶ 16-26). |
| 15 | This motion is based on this Notice of Motion and Motion, the |
| 16 | accompanying Memorandum of Points and Authorities, Declaration of William L. |
| 17 | Stern and its exhibits, and Request for Judicial Notice, and on such other written |
| 18 | and oral argument as may be presented to the Court. |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 |   |

| | | |
|---|---|---|
| 1 | Dated:  January 27, 2017 | MARTIN WHITE<br>UBER TECHNOLOGIES, INC |
| 2 | | |
| 3 | | WILLIAM STERN<br>CLAUDIA MARIA VETESI<br>KAI S. BARTOLOMEO<br>DANIEL JAMES WILSON<br>MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | By:   /s/ William Stern<br>          WILLIAM STERN |
| 8 | | Attorney for Defendants<br>UBER TECHNOLOGIES, INC.,<br>UBER USA, LLC, RASIER,<br>LLC, AND RASIER-CA, LLC |
| 9 | | |
| 10 | | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of January, 2017, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

/s/ William Stern
WILLIAM STERN

Attorney for Defendants
UBER TECHNOLOGIES, INC. UBER USA, LLC, RAISER, LLC, AND RAISER-CA, LLC