# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELUX CAB, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. et al.,<br><br>Defendants. | Case No.: 16-CV-3057-CAB-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 48] |

Upon consideration of the parties' Joint Motion to Dismiss, it is hereby **ORDERED** that all claims or causes of action alleged on behalf of Plaintiff against Defendants are **DISMISSED WITH PREJUDICE**. The claims on behalf of the putative class members are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own costs and expenses, including attorneys' fees.

It is **SO ORDERED**.

Dated: February 28, 2018

Hon. Cathy Ann Bencivengo
United States District Judge